EdiZONE, LLC
Casey K. McGarvey (4882)
123 East 200 North
Alpine, Utah 84004
(801) 936-1039
casey@edizone.com

Attorney for Plaintiff,
EdiZONE, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PROFOOT, INC., a New York corporation, and DOES 1 – 50,<br><br>Defendants. | **NOTICE OF EXTENSION OF TIME FOR PROFOOT, INC. TO FILE A PLEADING IN RESPONSE TO THE COMPLAINT**<br><br>Case No.: 2:10-cv-01123-TS<br><br>Judge Ted Stewart |

Plaintiff, EdiZONE, LLC ("Plaintiff"), does hereby give notice of Plaintiff's consent to an extension of time, until April 25, 2011, for Profoot, Inc. to file a pleading in response to the Complaint. The parties continue to discuss settlement and a continuance is requested by Profoot, Inc. and agreed to by Plainitff.

DATE this 25th day of March, 2011.

                                                      /Casey K. McGarvey/
                                                      Casey K. McGarvey
                                                      Attorney for EdiZONE, LLC